IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>XAVIAR AMIR JONES,<br><br>                    Defendant. | CASE NO. 1:25-MJ-00144-SAB<br><br>**ORDER UNSEALING INDICTMENT** |

The United States, having arrested the defendant, Xaviar Amir Jones, on an arrest warrant and the need for unsealing the indictment has ceased;

IT IS ORDERED that the indictment and arrest warrant shall be unsealed.

IT IS SO ORDERED.

Dated:   **December 16, 2025**                    _____
                                                                    STANLEY A. BOONE
                                                                    United States Magistrate Judge

1